IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVOR McDONALD BIRD,

    Petitioner,                   No. CIV S-03-2022 MCE EFB P

    vs.

EDWARD ALAMEIDA, JR.,

    Respondent.                 ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has requested an extension of time to file objections to the November 14, 2006, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

     Good cause appearing, it is ORDERED that petitioner's December 1, 2006, request is granted and petitioner has 30 days from the date this order is served to file objections to the November 14, 2006, findings and recommendations.

Dated: December 7, 2006.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE