IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR McDONALD BIRD, | No. 2:03-cv-2022-MCE-EFB-P |
| Petitioner, | |
| v. | ORDER |
| EDWARD ALAMEIDA, et al., | |
| Respondent. | |
| _____/ | |

    Petitioner, a state prisoner with counsel, has timely filed a notice of appeal of this court's February 21, 2007, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

/////

/////

1

1  For the reasons set forth in the magistrate judge's November 14, 2007, findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right. Accordingly, a certificate of appealability should not issue in this action.
4  IT IS SO ORDERED.

5  Dated: March 21, 2007

7  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

2